**GARCIA HERNÁNDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
　gtong@ghslaw.com
Erica S. Kim (SBN 313261)
　ekim@ghslaw.com
801 N. Brand Blvd., Suite 620
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorney for Defendant*
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROONEY,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　Defendants. | Case No.: 2:18-CV-03174-JAM-DB<br><br>**ORDER RE:<br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY THIRTY (30) DAYS**<br><br>[*Filed concurrently with Joint Stipulation to Extend Time to Respond to Complaint by Thirty (30) Days*] |

## **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,

Defendant Lincoln National Life Insurance Company's deadline to respond to Plaintiff's Complaint is extended by thirty (30) days and shall be due on or before March 9, 2019.

**IT IS SO ORDERED.**

Date: February 5, 2019                    /s/ John A. Mendez_____
                                          Hon. John A. Mendez
                                          Judge of the United States District Court