KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ROONEY,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 2:18-CV-03174-JAM-DB<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED:        April 26, 2019                    /s/ John A. Mendez_____
                                                               Hon. John A. Mendez
                                                               Judge of the United States District Court